ACCEPTED
15-25-00027-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/28/2025 9:37 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00027-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/28/2025 9:37:12 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT AT AUSTIN, TEXAS

NICHOLAS KREINES, DAVID P. RYAN, LIBERTY MINERAL PARTNERS LLC, NAK RESOURCES INC., AND CGR OIL AND GAS, LLC,

*Appellants*,

v.

ES3 MINERALS, LLC,

*Appellee*.

On Appeal from the 459th Judicial District Court of Travis County, Texas

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR APPELLEE ES3 MINERALS, LLC

TO THE HONORABLE COURT OF APPEALS:

Appellee ES3 Minerals, LLC gives notice of the appearance of additional counsel, Ryan Clinton and Laine Weatherford Schmelzer of the law firm Davis, Gerald & Cremer, PC. Michael D. Marin and Tori B.

1

Bell of the law firm Boulette, Golden & Marin, L.L.P. will continue to serve as counsel to ES3 Minerals, LLC.

Mr. Clinton and Ms. Schmelzer may be contacted at:

> Ryan Clinton
> rdclinton@dgclaw.com
> Laine Weatherford Schmelzer
> lwschmelzer@dgclaw.com
> DAVIS, GERALD & CREMER, PC
> 515 Congress Ave., Suite 1510
> Austin, Texas 78701
> (512) 493-9600

Respectfully submitted,

*/s/ Ryan Clinton*

Ryan Clinton
State Bar No. 24027934
rdclinton@dgclaw.com
Laine Weatherford Schmelzer
State Bar No. 24131649
lwschmelzer@dgclaw.com
DAVIS, GERALD & CREMER, PC
515 Congress Ave., Suite 1510
Austin, Texas 78701
(512) 493-9600

**COUNSEL FOR ES3 MINERALS**

**CERTIFICATE OF SERVICE**

On April 28, 2025, this notice was served on counsel of record by e-filing.

/s/ Ryan Clinton
Ryan Clinton

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kaycie Martinez on behalf of Ryan Clinton
Bar No. 24027934
kcmartinez@dgclaw.com
Envelope ID: 100144588
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 4/28/2025 9:50 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James F.Parker | | jparker@lglawfirm.com | 4/28/2025 9:37:12 AM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 4/28/2025 9:37:12 AM | SENT |
| Sydney P.Sadler | | ssadler@lglawfirm.com | 4/28/2025 9:37:12 AM | SENT |
| Michael D.Marin | | mmarin@boulettegolden.com | 4/28/2025 9:37:12 AM | SENT |
| Tori B.Bell | | tori@boulettegolden.com | 4/28/2025 9:37:12 AM | SENT |
| Steven Garrett | | steven@boulettegolden.com | 4/28/2025 9:37:12 AM | SENT |
| Kaycie Martinez | | kcmartinez@dgclaw.com | 4/28/2025 9:37:12 AM | SENT |

Associated Case Party: ES3 Minerals, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Clinton | | rdclinton@dgclaw.com | 4/28/2025 9:37:12 AM | SENT |
| Laine Weatherford Schmelzer | | lwschmelzer@dgclaw.com | 4/28/2025 9:37:12 AM | SENT |